cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLDEN MARKETING SUPPORT SERVICES, LLC, a Minnesota limited liability company, and DOES 1 through 10, inclusive,<br><br>                Plaintiff,<br>v.<br>ISLAND PACIFIC, INC., a Delaware corporation,<br><br>                Defendants.<br>ISLAND PACIFIC, INC., a Delaware corporation,<br><br>                Counter-claimant,<br>v.<br>HOLDEN MARKETING SUPPORT SERVICES, LLC, a Minnesota limited liability company,<br><br>                Counter-defendant. | Civil No.06cv1019 BTM (AJB)<br><br>ORDER DENYING MOTION TO VACATE MANDATORY SETTLEMENT CONFERENCE AND SET SETTLEMENT DISPOSITION CONFERENCE<br>[Docket No.16] |

      WHEREAS, this Court having considered the "Joint Motion to Vacate Mandatory Settlement Conference and Set Settlement Disposition Conference" of plaintiff Holden Marketing Support Services, LLC and defendant Island Pacific, Inc., and the stipulations and agreements contained therein, and the complete files and records of this action;

      NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The motion is DENIED;

2. All dates remain as previously scheduled pending the filing of a Joint Motion for Dismissal of the entire action; and

3. Counsel may reserve jurisdiction for the Court to enforce settlement by submitting a Consent to Magistrate Judge Jurisdiction for purposes of enforcement of settlement prior to filing the Dismissal.

IT IS SO ORDERED.

DATED: May 21, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court