cal kmw

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLDEN MARKETING SUPPORT SERVICES, LLC, a Minnesota limited liability company, and DOES 1 through 10, inclusive,<br><br>    Plaintiff,<br>v.<br><br>ISLAND PACIFIC, INC., a Delaware corporation,<br>    Defendants.<br><br>ISLAND PACIFIC, INC., a Delaware corporation,<br>    Counter-claimant,<br>v.<br><br>HOLDEN MARKETING SUPPORT SERVICES, LLC, a Minnesota limited liability company,<br>    Counter-defendant. | Civil No.06cv1019 BTM (AJB)<br><br>Order Setting Settlement Status Conference |

At the request of Plaintiff's counsel, and for good cause being shown, a *telephonic* Settlement Status Conference shall be convened in the chambers of Magistrate Judge Battaglia on ***May 29, 2007 at 9:00 am.*** Mr. Bliss shall initiate the conference call to (619)557-3446.

IT IS SO ORDERED.

DATED: May 22, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court